UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

v.                                  **Case No: 6:22-cr-159-CEM-RMN**

**JAMES BURDETT**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's *pro se* Petition for Writ of Habeas Corpus Ad Prosequendum ("Motion," Doc. 41). United States Magistrate Judge Robert M. Norway issued a Report and Recommendation ("R&R," Doc. 50), where he recommends that the Motion be denied.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. This Court agrees entirely with the analysis in the R&R.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 41) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party